UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                 )   Chapter 7
                                       )   Case No: 04 B 09197
   Nicholas S. Eartly and              )
   Linda J. Eartly,                    )   Honorable Bruce W. Black
      Debtors.                       )
_____)

**Findings of Fact and Conclusions of Law in Support of Order Awarding to
Michael T. Wierzbicki, Special Counsel for the Trustee,
for Allowance and Payment of
Compensation and Reimbursement of Expenses.**

Total Fees Requested:   $ 33,333.40          Total Costs Requested:  $23,869.95
Fees Disallowed:        $      0.00          Costs Disallowed:       $ 3,007.95
Total Fees Allowed:     $ 33,333.40          Total Costs Allowed:    $20,862.00

**Total Fees and Costs Allowed:   $ 54,195.40**

THE COURT, HAVING CONSIDERED THE APPLICATION FOR COMPENSATION AND
THE SUPPLEMENTAL ITEMIZATION OFFERED IN SUPPORT OF THE EXPENSES
REQUESTED, HAS IDENTIFIED THE NOTED EXPENSE ENTRIES THAT HAVE BEEN
DISALLOWED IN WHOLE OR IN PART

**(1)   Reimbursement Limited to Actual, Necessary Expenses**
      The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C.§§330(a)(1)(B) & 331. The fee application fails to demonstrate that the requested expenses for photocopies or facsimiles (or both) were actual out-of-pocket disbursements and that the quoted rates were necessary in light of prevailing (and lower) commercial rates. In the absence of such proof, the Court will allow reimbursement of photocopy expenses at a rate of $.10 per page in accordance with prevailing commercial rates and will not allow expenses for facsimiles:

Fax charges                                               $ 643.00

**(2)   Insufficient Description**
      The Court denies the allowance of compensation for the following task because the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each

activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987):

| | |
|---|---|
| Litigation expenses | $ 953.88 |
| Travel | $1,370.41 |
| Research | $ 40.66 |

**Michael T. Wierzbicki, Special Counsel for the Trustee,** is hereby awarded an allowance of compensation and expenses as set forth above.

Dated: August 21, 2009              Entered:

_____
Bruce W. Black
United States Bankruptcy Court