UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EARTLY JR., NICHOLAS S. § Case No. 04-09197-BB
EARTLY, LINDA J. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held 9:15am on 12/4/9 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 North Ottawa Street
Joliet, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (9/1/2009)

Date Mailed: 10/08/2009        By: /s/DEBORAH K. EBNER
                                    Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 800
CHICAGO, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: EARTLY JR., NICHOLAS S.   § Case No. 04-09197-BB
EARTLY, LINDA J.   §
   §
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of   $ 100,004.27

and approved disbursements of   $ 8,650.00

leaving a balance on hand of [1]   $ 91,354.27

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | DEBORAH K. EBNER | $ 7,237.80 | $ 95.80 |
| Attorney for trustee | Law Office of Deborah K. Ebner, ESQ. | $ 2,990.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | Horwitz, Horwitz & Assoc. | $ 33,333.40 | $ 20,862.00 |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,943.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 108.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | eCAST assignee of Providian Nat'l Bank | $ 2,058.68 | $ 2,058.68 |
| 11 | eCAST assignee of Providian Nat'l Bank | $ 169.94 | $ 169.94 |
| 2 | eCAST assignee of Providian Nat'l Bank | $ 4,521.25 | $ 4,521.25 |
| 21 | eCAST assignee of Providian Nat'l Bank | $ 373.22 | $ 373.22 |
| 3 | eCAST assignee of Providian Nat'l Bank | $ 5,004.73 | $ 5,004.73 |
| 31 | eCAST assignee of Providian Nat'l Bank | $ 413.13 | $ 413.13 |
| 4 | Morris Hospital | $ 358.87 | $ 358.87 |
| 41 | Morris Hospital | $ 29.62 | $ 29.62 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,131.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 108.3 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Lardi Chiropractic Clinic | $ 2,131.60 | $ 2,131.60 |
| 51 | Lardi Chiropractic Clinic | $ 175.96 | $ 175.96 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $11,598.27.

UST Form 101-7-NFR (9/1/2009)

Prepared By: /s/DEBORAH K. EBNER
Trustee

SUITE 800
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dramey                 Page 1 of 1                  Date Rcvd: Oct 30, 2009
Case: 04-09197                Form ID: pdf006              Total Noticed: 32

The following entities were noticed by first class mail on Nov 01, 2009.
db/jdb        +Nicholas S Eartly, Jr,   Linda J Eartly,   3220 E Spring Rd,   Mazon, IL 60444-6063
aty           +Deborah K Ebner,   Law Office of Deborah Kanner Ebner,   11 E Adams St Ste 904,
                Chicago, IL 60603-6306
aty           +John C Renzi,   June Prodehl & Renzi LLC,   1861 Black Road,   Joliet, IL 60435-3591
tr            +Deborah Kanner Ebner,   11 E Adams St,   Suite 904,   Chicago, IL 60603-6306
7853386        Capital One,   P.O. Box 34631,   Seattle, WA 98124-1631
7853382        Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
7853381        Capital One,   Captial One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7853380        Capital One,   Capital One, FSB,   P.O. Box 34631,   Seattle, WA 98124-1631
7853388        Capital One Services,   P.O. Box 60000,   Seattle, WA 98190-6000
7853390        Charter One Bank,   Consumer Bank,   P.O. Box 20362,   Rochester, NY 14602-0362
7853389        Charter One Bank,   Consumer Loans,   P.O. Box 20362,   Rochester, NY 14602-0362
7853391        Dermatology Limited,   2400 Glenwood Ave.,   Suite 126,   Joliet, IL 60435-5495
7853392       +Dr. Maleck,   333 N. Hammes,   Joliet, IL 60435-8119
7853394        Dr. Roland,   Metro Area Pain,   P.O. Box 723,   Muskegon, MI 49443-0723
7853393       +Dr. Roland,   Metro Area Pain,   P.O. Box 570,   Lake Forest, IL 60045-0570
7853395       +ENT Surgical,   400 N. Wall St.,   Kankakee, IL 60901-2940
7853396        George E. DePhillips, M.D.S.C.,   Neurological Surgery,   P.O. Box 610,   Hinsdale, IL 60522-0610
7853397        Hinckley Springs,   P.O. Box 1888,   Bedford Park, IL 60499-1888
7853398       +Lardi Chiropractic Clinic,   415 W. Division St.,   Coal City, IL 60416-1405
7853400        Merrick Bank,   P.O. Box 5721,   Hicksville, NY 11802-5721
7853401       +Michael M. Gelbert,   Suite 270,   1051 Essington Rd.,   Joliet, IL 60435-2898
7853402       +Morris Hospital,   150 W. High St.,   Morris, IL 60450-1497
7853404       +Neurology Ltd.,   Bruce I. Dodt M.D.,   400 N. Wall St.,   Suite 507,   Kankakee, IL 60901-2965
7853405        Providian Processing Center,   P.O. Box 660548,   Pineville, AR 72566-0548
7853406        Providian Processing Service,   P.O. Box 660548,   Dallas, TX 75266-0548
7853407        Providian Processing Services,   P.O. Box 660548,   Dallas, TX 75266-0548
7853409        RS Medical Stimulator,   P.O. Box 872650,   Vancouver, WA 98687-2650
7853408        Riverside Medical Center,   Medical Payment Processing Center,   P.O. Box 3177,
                Milwaukee, WI 53201-3177
7853410        Sears Card,   P.O. Box 182149,   Columbus, OH 43218-2149
7853411       +Speigel Charge,   Card Processing Center,   P.O. Box 5811,   Hicksville, NY 11802-5811
7853412        Spyro Analytis M.D.,   114 W. Waverly St.,   Coal City, IL 60416
9311180        eCAST Settlement Corporation, assignee of,   Providian National Bank,   P.O. Box 35480,
                Newark, NJ   07193-5480
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7853383*       Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
7853384*       Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
7853385*       Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
7853387*       Capital One,   P.O. Box 6000,   Seattle, WA 98190-6000
7853399*      +Lardi Chiropractic Clinic,   415 W. Division St.,   Coal City, IL 60416-1405
7853403*      +Morris Hospital,   150 W. High St.,   Morris, IL 60450-1497
                                                                                               TOTALS: 0, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2009**                     **Signature:** *Joseph Speetjens*