**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: EARTLY JR., NICHOLAS S.
       EARTLY, LINDA J.

Case No. 04-09197-BB

Chapter 7

Debtors,

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $14,360.00 |
| Total Distribution to Claimants: $15,237.00 | Claims Discharged Without Payment: $18,111.91 |
| Total Expenses of Administration: $64,519.00 | |

    3) Total gross receipts of $ 100,004.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,248.27 (see **Exhibit 2**), yielded net receipts of $79,756.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $7,668.47 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 67,526.95 | 64,519.00 | 64,519.00 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 32,993.06 | 15,237.00 | 15,237.00 | 15,237.00 |
| **TOTAL DISBURSEMENTS** | $40,661.53 | $82,763.95 | $79,756.00 | $79,756.00 |

  4) This case was originally filed under Chapter 7 on March 09, 2004.
. The case was pending for 73 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2010            By: /s/DEBORAH K. EBNER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Action | 1142-000 | 100,000.00 |
| Interest Income | 1270-000 | 4.27 |
| **TOTAL GROSS RECEIPTS** | | **$100,004.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Linda Eartly | | 8100-002 | 8,650.00 |
| EARTLY JR., NICHOLAS S. | Dividend paid 100.00% on $11,598.27; Claim# SURPLUS; Filed: $11,598.27; Reference: | 8200-000 | 11,598.27 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$20,248.27** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Charter One | 4210-000 | 5,229.60 | N/A | N/A | 0.00 |
| Charter One | 4210-000 | 2,438.87 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $7,668.47 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 7,237.80 | 7,237.80 | 7,237.80 |
| DEBORAH K. EBNER | 2200-000 | N/A | 95.80 | 95.80 | 95.80 |
| Law Office of Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,990.00 | 2,990.00 | 2,990.00 |
| Horwitz, Horwitz & Assoc. | 3210-600 | N/A | 33,333.40 | 33,333.40 | 33,333.40 |
| Horwitz, Horwitz & Assoc. | 3220-610 | N/A | 23,869.95 | 20,862.00 | 20,862.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 67,526.95 | 64,519.00 | 64,519.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| eCAST assignee of Providian Nat'l Bank | 7100-000 | 2,010.41 | 2,058.68 | 2,058.68 | 2,058.68 |
| eCAST assignee of Providian Nat'l Bank | 7990-000 | N/A | 169.94 | 169.94 | 169.94 |
| eCAST assignee of Providian Nat'l Bank | 7100-000 | 4,457.83 | 4,521.25 | 4,521.25 | 4,521.25 |
| eCAST assignee of Providian Nat'l Bank | 7990-000 | N/A | 373.22 | 373.22 | 373.22 |
| eCAST assignee of Providian Nat'l Bank | 7100-000 | 4,937.16 | 5,004.73 | 5,004.73 | 5,004.73 |
| eCAST assignee of Providian Nat'l Bank | 7990-000 | N/A | 413.13 | 413.13 | 413.13 |
| Morris Hospital | 7100-000 | 355.21 | 358.87 | 358.87 | 358.87 |
| Morris Hospital | 7990-000 | N/A | 29.62 | 29.62 | 29.62 |
| Lardi Chiropractic Clinic | 7200-000 | 2,581.00 | 2,131.60 | 2,131.60 | 2,131.60 |
| Lardi Chiropractic Clinic | 7990-000 | N/A | 175.96 | 175.96 | 175.96 |
| Derm. Ltd. | 7100-000 | 174.80 | N/A | N/A | 0.00 |
| George De Phillips | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| Dr. Roland | 7100-000 | 178.90 | N/A | N/A | 0.00 |
| ENT Surgery | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| Dr. Roland | 7100-000 | 30.10 | N/A | N/A | 0.00 |
| Hinckley Springs | 7100-000 | 48.64 | N/A | N/A | 0.00 |
| Dr. Maleck | 7100-000 | unknown | N/A | N/A | 0.00 |
| Morris Hospital | 7100-000 | 217.56 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Lardi Chiropractic | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Sears | 7100-000 | 539.54 | N/A | N/A | 0.00 |
| Spyro Anal. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Spiegel | 7100-000 | 1,805.29 | N/A | N/A | 0.00 |
| R.S. Medical Stim | 7100-000 | 829.45 | N/A | N/A | 0.00 |
| Riverside Med. Center | 7100-000 | 80.62 | N/A | N/A | 0.00 |
| M. Gelberg | 7100-000 | 3,400.00 | N/A | N/A | 0.00 |
| Neurology Ltd | 7100-000 | 39.60 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 2,414.45 | N/A | N/A | 0.00 |
| Merrick Bank | 7100-000 | 1,667.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 787.39 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 673.82 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 844.38 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 901.90 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 87.34 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 2,175.32 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 786.66 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 819.69 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 32,993.06 | 15,237.00 | 15,237.00 | 15,237.00 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-09197-BB  
**Case Name:** EARTLY JR., NICHOLAS S.  
EARTLY, LINDA J.  
**Period Ending:** 03/29/10

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 03/09/04 (f)  
**§341(a) Meeting Date:** 05/05/04  
**Claims Bar Date:** 12/12/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | CASH ON HAND | 15.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 20.00 | 0.00 | | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 650.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 1,050.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 175.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 250.00 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES | Unknown | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | | 0.00 | FA |
| 9 | Claims (2) | Unknown | 0.00 | | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES | 12,000.00 | 0.00 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 350.00 | 0.00 | | 0.00 | FA |
| 12 | Personal Injury Action | Unknown | Unknown | | 100,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.27 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$14,510.00** | **$0.00** | | **$100,004.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report approved; disbursement issued 12/09. Final account to be filed

**Initial Projected Date Of Final Report (TFR):** December 31, 2009          **Current Projected Date Of Final Report (TFR):** October 28, 2009 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 04-09197-BB  
**Case Name:** EARTLY JR., NICHOLAS S.  
EARTLY, LINDA J.  
**Taxpayer ID #:** 35-6800838  
**Period Ending:** 03/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/14/09 | {12} | State Farm Fire & Casualty Company | | 1142-000 | 100,000.00 | | 100,000.00 |
| 04/26/09 | 1001 | Linda Eartly | | 8100-002 | | 8,650.00 | 91,350.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.16 | | 91,352.16 |
| 05/16/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 2.11 | | 91,354.27 |
| 05/16/09 | | To Account #********8466 | To close | 9999-000 | | 91,354.27 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 100,004.27 | 100,004.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 91,354.27 | |
| | | | **Subtotal** | | 100,004.27 | 8,650.00 | |
| | | | Less: Payments to Debtors | | | 8,650.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,004.27** | **$0.00** | |

{} Asset reference(s)

Printed: 03/29/2010 10:33 PM   V.11.54

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 04-09197-BB  
**Case Name:** EARTLY JR., NICHOLAS S.  
EARTLY, LINDA J.  
**Taxpayer ID #:** 35-6800838  
**Period Ending:** 03/29/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/16/09 | | From Account #********8465 | To close | 9999-000 | 91,354.27 | | 91,354.27 |
| 12/04/09 | 101 | Horwitz, Horwitz & Assoc. | Dividend paid 100.00% on $33,333.40, Special Counsel for Trustee Fees; Reference: | 3210-600 | | 33,333.40 | 58,020.87 |
| 12/04/09 | 102 | Horwitz, Horwitz & Assoc. | Dividend paid 100.00% on $20,862.00, Special Counsel for Trustee Expenses; Reference: | 3220-610 | | 20,862.00 | 37,158.87 |
| 12/04/09 | 103 | Law Office of Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,990.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,990.00 | 34,168.87 |
| 12/04/09 | 104 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $2,058.68; Claim# 1; Filed: $2,058.68; Reference: | 7100-000 | | 2,058.68 | 32,110.19 |
| 12/04/09 | 105 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $4,521.25; Claim# 2; Filed: $4,521.25; Reference: | 7100-000 | | 4,521.25 | 27,588.94 |
| 12/04/09 | 106 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $5,004.73; Claim# 3; Filed: $5,004.73; Reference: | 7100-000 | | 5,004.73 | 22,584.21 |
| 12/04/09 | 107 | Morris Hospital | Dividend paid 100.00% on $358.87; Claim# 4; Filed: $358.87; Reference: | 7100-000 | | 358.87 | 22,225.34 |
| 12/04/09 | 108 | Lardi Chiropractic Clinic | Dividend paid 100.00% on $2,131.60; Claim# 5; Filed: $2,131.60; Reference: | 7200-000 | | 2,131.60 | 20,093.74 |
| 12/04/09 | 109 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $169.94; Claim# 1I; Filed: $169.94; Reference: | 7990-000 | | 169.94 | 19,923.80 |
| 12/04/09 | 110 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $373.22; Claim# 2I; Filed: $373.22; Reference: | 7990-000 | | 373.22 | 19,550.58 |
| 12/04/09 | 111 | eCAST assignee of Providian Nat'l Bank | Dividend paid 100.00% on $413.13; Claim# 3I; Filed: $413.13; Reference: | 7990-000 | | 413.13 | 19,137.45 |
| 12/04/09 | 112 | Morris Hospital | Dividend paid 100.00% on $29.62; Claim# 4I; Filed: $29.62; Reference: | 7990-000 | | 29.62 | 19,107.83 |
| 12/04/09 | 113 | Lardi Chiropractic Clinic | Dividend paid 100.00% on $175.96; Claim# 5I; Filed: $175.96; Reference: | 7990-000 | | 175.96 | 18,931.87 |
| 12/04/09 | 114 | EARTLY JR., NICHOLAS S. | Dividend paid 100.00% on $11,598.27; Claim# SURPLUS; Filed: $11,598.27; Reference: | 8200-000 | | 11,598.27 | 7,333.60 |
| 12/04/09 | 115 | DEBORAH K. EBNER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,333.60 | 0.00 |
| | | | Dividend paid 100.00%   7,237.80 on $7,237.80;  Claim# ; Filed: $7,237.80 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%   95.80 on $95.80;  Claim# ; Filed: $95.80 | 2200-000 | | | 0.00 |

Subtotals :   $91,354.27   $91,354.27

{} Asset reference(s)  
Printed: 03/29/2010 10:33 PM   V.11.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-09197-BB  
**Case Name:** EARTLY JR., NICHOLAS S.  
　　　　　　　EARTLY, LINDA J.  
**Taxpayer ID #:** 35-6800838  
**Period Ending:** 03/29/10  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 91,354.27 | 91,354.27 | $0.00 |
| | | | Less: Bank Transfers | | 91,354.27 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 91,354.27 | |
| | | | Less: Payments to Debtors | | | 11,598.27 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $79,756.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****84-65** | 100,004.27 | 0.00 | 0.00 |
| **Checking # ***-*****84-66** | 0.00 | 79,756.00 | 0.00 |
| | $100,004.27 | $79,756.00 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　Printed: 03/29/2010 10:33 PM　　V.11.54